**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **J.C. TRIDENT, INC.,** | ) |
| | ) **CIVIL ACTION** |
| **Plaintiff,** | ) |
| | ) |
| | ) **Case No. 2:20-cv-02455** |
| v. | ) |
| | ) |
| **THE ENGINUITY GROUP, LLC, dba E\|ENGINUITY,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Defendant.** | ) |
| | ) |

**PLAINTIFF J.C. TRIDENT, INC.'S
<u>FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff J.C. Trident, Inc. ("Trident") submits this disclosure statement and states that it has no parent corporation and that no publicly held corporation owns 10% or more of Trident's stock.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: s/ James D. Lawrence
  James D. Lawrence, KS # 22345
  1200 Main Street, Suite 3800
  Kansas City, MO 64105
  (816) 374-3200 telephone
  (816) 374-3300 facsimile
  jdlawrence@bclplaw.com

  Keith D. Klein, *Pro Hac Vice forthcoming*
  120 Broadway, Suite 300
  Santa Monica, CA 90401
  (310) 576-2100 telephone
  (310) 567-2200 facsimile
  keith.klein@bclplaw.com

ATTORNEYS FOR PLAINTIFF
J.C. TRIDENT, INC.